UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CR 417-147 |
|---|---|
| | ) |
| v. | ) |
| | ) |
| MIKEL W. LEGGETT II | ) |

## ORDER FOR DISMISSAL

The motion of the government for an order dismissing, without prejudice, the information against MIKEL W. LEGGETT II is GRANTED. The information is hereby dismissed without prejudice.

So ORDERED, this 13th day of December, 2019.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA